**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| MANUEL NEREZ III, | ) | |
| Plaintiff, | ) | |
| v. | ) | 2:16-cv-00333-APG-NJK |
| HOWELL et al., | ) | **ORDER** |
| Defendants. | ) | |
| _____ | ) | |

**I.   DISCUSSION**

On February 17, 2016, Plaintiff, then a *pro se* prisoner, initiated this lawsuit. (ECF No. 1, 1-1). On February 22, 2016, the Court denied Plaintiff's incomplete application to proceed *in forma pauperis*, without prejudice, to file a new application. (ECF No. 2 at 1-2). The Court ordered Plaintiff to file a fully complete application to proceed *in forma pauperis* or pay the full $400 filing fee within thirty (30) days from the date of that order. (*Id.* at 2). The Court stated that it would dismiss the action if Plaintiff did not timely comply with the order. (*Id.*).

The deadline has expired and Plaintiff has not filed a new application to proceed *in forma pauperis* or paid the full filing fee for this action. However, on March 29, 2016, Plaintiff filed a notice of change of address demonstrating that he is no longer incarcerated. (ECF No. 3).

Based on the filings in the docket, it is unclear to the Court whether Plaintiff received this Court's February 22, 2016, order prior to leaving the Nevada Department of Corrections. As such, the Court grants Plaintiff an extension of time to either file a fully complete application to proceed *in forma pauperis* for non-prisoners or, in the alternative, pay the full filing fee for this action.

## II. CONCLUSION

For the foregoing reasons, IT IS ORDERED that the Clerk of the Court SHALL SEND Plaintiff the approved form application to proceed *in forma pauperis* by a **non-prisoner**, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

IT IS FURTHER ORDERED that on or before Friday, April 29, 2016, Plaintiff shall either: (1) file a fully complete application to proceed *in forma pauperis* for non-prisoners; or (2) pay the full $400 fee for filing a civil action (which includes the $350 filing fee and the $50 administrative fee).

IT IS FURTHER ORDERED that if Plaintiff does not timely comply with this order, dismissal of this action may result.

IT IS FURTHER ORDERED that the Clerk of the Court shall retain the complaint (ECF No. 1-1), but shall not file it at this time.

DATED: This 30th day of March, 2016.

_____
NANCY J. KOPPE
United States Magistrate Judge